FILED
CLERK, U.S. DISTRICT COURT

JUL - 5 2017

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LAURO SOSA,<br><br>    Defendant. | Case No. SA 17-219M<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. . § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California, for alleged violations of the terms and conditions of his supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.    ( ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

_____

and

B. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *Instant allegations, criminal history, and restraining order history.*

IT THEREFORE IS ORDERED that the defendant be detained pending further proceedings and/or transfer to the charging district.

Dated: 7/5/2017

DOUGLAS F. McCORMICK
United States Magistrate Judge