
FILED
CLERK, U.S. DISTRICT COURT
JUL - 3 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. LAURO SOSA DEFENDANT(S). | CASE NUMBER SA17-0219M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __July 5, 2017__, _____, at __1:30__ ☐a.m. / ☒p.m. before the Honorable __Douglas F. McCormick__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __July 3, 2017__    __Douglas F. McCormick__
U.S. District Judge/Magistrate Judge